**Dollether TOBAR, Appellant,**

v.

**ARKANSAS DEPARTMENT OF CORRECTION; Robert Jackson, Appellees.**

No. 09–3083.

United States Court of Appeals, Eighth Circuit.

Submitted: March 31, 2010.

Filed: April 8, 2010.

Dollether Tobar, West Helena, AR, pro se.

Mark N. Ohrenberger, Assistant Attorney General, Attorney General's Office, Little Rock, AR, William Mcnova Howard, Pine Bluff, AR, for Appellees.

Before RILEY,[1] Chief Judge, BYE and SHEPHERD, Circuit Judges.

---

1. The Honorable William Jay Riley became Chief Judge of the United States Court of Appeals for the Eighth Circuit on April 1, 2010.

2. The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota.

1. The Honorable William Jay Riley became Chief Judge of the United States Court of Appeals for the Eighth Circuit on April 1, 2010.

PER CURIAM.

Dollether Tobar appeals the district court's [2] adverse grant of summary judgment in her employment-discrimination action. After careful de novo review, *see Sutherland v. Mo. Dep't of Corrs.*, 580 F.3d 748, 750 (8th Cir.2009), we conclude summary judgment was proper for the reasons stated in the district court's thorough, well-reasoned order. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

2. The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas.